**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| United States of America,    ) | |
| ) | |
| ) | CASE NUMBER: |
| ) | CR-08-071-PHX-SMM |
| ) | CV-08-810-PHX-SMM (JCG) |
| v.    ) | |
| ) | **JUDGMENT** |
| Oscar Lopez-Patricio,    ) | |
| ) | |

    IT IS ORDERED that Movant having failed to comply with the Court's Order of May 9, 2008, judgment of dismissal without prejudice is hereby entered as to this section 2255 action.

| July 18, 2008 | Richard H. Weare |
|---|---|
| Date | Clerk/DCE |

                                                S/L. Dixon  
                                               L. Dixon  
                                               (By) Deputy Clerk

cc: USMS, USA, Dft, PTS, Probation